UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD G. PETRILLO, DMD,<br><br>                          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 20, INCLUSIVE,<br><br>                         Defendant. | Case No.: 3:15-cv-01894-GPC-NLS<br><br>**JUDGMENT AND DISMISSAL BY COURT UNDER Fed. R. Civ. P. 41(b)** |

On April 11, 2016, the Court dismissed this case without prejudice for want of prosecution pursuant to Fed. R. Civ. P. Rule 4(m). ECF No. 6. On April 25, 2016, the Court received a letter from the pro se Plaintiff attributing his want of prosecution to the recusal of his attorney and health problems stemming from a heart attack experienced in January, and requesting the Court to "reconsider hearing [his] case." ECF No. 8. On April 28, 2016, the Court construed Plaintiff's letter as a Rule 60(b) motion seeking relief from final judgment on the basis of excusable neglect and reopened the case, directing Plaintiff to either serve Defendant with his original complaint or serve an amended complaint within thirty (30) days of the entry of the order. ECF No. 9.

Since Plaintiff has failed to comply with this order, **IT IS HEREBY ORDERED** that the action is dismissed pursuant to Fed. R. Civ. P. 41(b).

1 **IT IS SO ORDERED**.

2 Dated: August 26, 2016

3 Hon. Gonzalo P. Curiel
4 United States District Judge